In the Matter of the Application of INTERNATIONAL RAILWAY COMPANY, Respondent, for a Writ of Mandamus against THE PUBLIC SERVICE COM- MISSION, SECOND DISTRICT, and CITY OF BUFFALO, Appellants.— Inasmuch as the stipulation between the attorneys for the respective parties in this court provides that the proceedings be so amended as to treat the case as one of certiorari and not of mandamus, the decision of this court is as follows: Determination of the Public Service Commission annulled, and the proceedings remitted to said Public Service Commission for considera- tion. All concurred. Leave to appeal to the Court of Appeals granted, and the following question certified: " Has the Public Service Commission

jurisdiction and power, under the facts shown, to regulate the rate of fare to be charged by the respondent?"

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARCALO MANUFACTURING COMPANY, Appellant, v. WALTER H. KNAPP and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN BROOM AND BRUSH COMPANY, Appellant, v. WALTER H. KNAPP and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals granted.